RE: Case No. 25-0548          DATE: 6/24/2025
   COA #: 15-24-00009-CV      TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 13, 2025**.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                          DATE: 6/24/2025
    COA #: 15-24-00009-CV              TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 13, 2025.**


                    MR. DARBY  RILEY
                    RILEY & RILEY, ATTORNEYS AT LAW
                    320 LEXINGTON AVENUE
                    SAN ANTONIO, TX  78215-1913
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0548                    DATE: 6/24/2025
COA #: 15-24-00009-CV            TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 13, 2025.**

                    MR. MICHAEL WILLIAM O'DONNELL
                    NORTON ROSE FULBRIGHT US LLP
                    300 CONVENT STREET, SUITE 2100
                    SAN ANTONIO, TX  78205-3792
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0548                    DATE: 6/24/2025
    COA #: 15-24-00009-CV              TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 13, 2025**.

MR. PAUL DENTON TRAHAN
NORTON ROSE FULBRIGHT US LLP
98 SAN JACINTO BOULEVARD, SUITE 1100
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                          DATE: 6/24/2025
    COA #: 15-24-00009-CV              TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

     Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under TEX. R.
APP. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **August 13, 2025**.


                    MS. LYNN E. SAARINEN
                    OFFICE OF THE ATTORNEY GENERAL
                    P.O. BOX 12548 (MC017)
                    AUSTIN, TX  787711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                    DATE: 6/24/2025
COA #: 15-24-00009-CV              TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 13, 2025**.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0548                     DATE: 6/24/2025
    COA #: 15-24-00009-CV               TC#: D-1-GN-23-001544
STYLE: BURNS v. CITY OF SAN ANTONIO

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 13, 2025.**


                    MS. EMILY  WOLF
                    NORTON ROSE PULBRIGHT US LLP
                    98 SAN JACINTO BLVD STE 1100
                    AUSTIN, TX  78701-4255
                    * DELIVERED VIA E-MAIL *